ACCEPTED
06-15-00119-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 12:20:45 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00119-CR

IN THE

SIXTH COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 12:20:45 PM
DEBBIE AUTREY
Clerk

OF TEXAS

TEXARKANA, TEXAS

_____

Carlton Daniel Jones,

APPELLANT

VS

THE STATE OF TEXAS,

APPELLEE

_____

On appeal from the 196th Judicial District Court

Of Hunt County, Texas

Trial Court Cause No. 30,042

APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

## NO. 06-15-0019-CR

| CARLTON DANIEL JONES | § | IN THE COURT OF APPEALS |
|---|---|---|
| | § | |
| VS. | § | 6TH SUPREME JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | TEXARKANA, TEXAS |

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES CARLTON DANIEL JONES, the Appellant in the above styled and numbered cause, and would respectfully request an extension of time for filing the Appellee's brief in said case pursuant to Rule 10.5 and Rule 38 of the Texas Rules of Appellate Procedure, and would respectfully show the following:

I.

Appellee's brief is due to be filed on or before the 14th day of December 2015.

II.

Appellee respectfully requests this Honorable Court to grant an extension of time to file the Appellant's Brief for additional thirty (30) days time from this date to complete and file his Opening, or until the 14th day of January 2016. In connection therewith, Appellant would show the following facts relied upon in good faith to show good cause to the Honorable Court of Appeals regarding this motion for extension of time:

Counsel for Appellant became aware of the record in this case and has made diligent efforts to review the record and prepare a thorough Opening Brief. Appellant anticipates that one of the issues for review will concern the sufficiency of the evidence. The record includes exhibits containing recordings taken from the Hunt County jail and the review of these conversations has required some effort to obtain recorded copies of the DVD exhibits that are audible. Appellant has now completed a review of the record and expects to complete the

Opening Brief within a few days of the original due date. Counsel for Appellee does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests and prays that the Honorable Court of Appeals grant an extension of thirty (30) days or until January 14, 2015 in which the Appellant may complete and file his brief.

Respectfully submitted,

Peter I. Morgan
Counsel For Appellant
State Bar No 14451700
P.O. Box 984
Greenville, Texas 75403
pmorgan@lawyermorgan.com
(903) 217-3671
(903) 642-0057 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all parties by hand delivery or regular mail.

Peter I. Morgan

## VERIFICATION

STATE OF TEXAS       §

COUNTY OF HUNT       §

     BEFORE ME, the undersigned Notary Public, on this day personally appeared PETER I. MORGAN, who being by me duly sworn on his oath deposed and said that he is duly qualified and authorized in all respects to make this affidavit; that he has read the above and foregoing Motion for Extension of Time for Filing Brief; and that every statement contained in the Motion is within his knowledge and true and correct.

_____
Peter I. Morgan

     SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of December 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

REBECCA BLEVINS
Notary Public, State of Texas
My Commission Expires
June 05, 2019

4